1 GLYNN & FINLEY, LLP
  JAMES M. HANLON, JR., Bar No. 214096
2 BRANDON P. RAINEY, Bar No. 272341
  One Walnut Creek Center
3 100 Pringle Avenue, Suite 500
  Walnut Creek, CA 94596
4 Telephone: (925) 210-2800
  Facsimile: (925) 945-1975
5
  Attorneys for Defendants
6 Haier US Appliance Solutions, Inc.,
  d/b/a GE Appliances, and
7 Home Depot USA, Inc.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 ROLANDO MUNOZ and JOANNA           )  Case No. 2:20-cv-00210-TLN-DB
   FRAIRE,                            )
12                                    )  **STIPULATION AND ORDER**
                                      )
13         Plaintiffs,                )
                                      )
14     vs.                            )
                                      )
15 HOME DEPOT USA, INC.; HAIER US     )
   APPLIANCE SOLUTIONS, INC. dba GE   )
16 APPLIANCES, and DOES 1 to 50,      )
   inclusive,                         )
17                                    )
           Defendants.                )
18                                    )

STIPULATION AND ORDER

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 143, Plaintiffs Rolando Munoz and Joanna Fraire and Defendants Haier US Appliance Solutions, Inc., d/b/a GE Appliances ("GEA") and Home Depot USA, Inc. ("Home Depot") have stipulated to continue the fact discovery, expert disclosure and rebuttal expert designation deadlines set in the Court's initial pretrial scheduling order by three months (Dkt. 5). Good cause exists for the extension of those deadlines as a result of the coronavirus public health crisis, which has limited and will continue to limit the parties' abilities to conduct discovery. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Therefore, the parties respectfully request that the Court modify the deadlines in its initial pretrial scheduling order such that fact discovery will close on December 18, 2020, expert disclosures will be made by February 22, 2021, and rebuttal experts will be designated by March 30, 2021.

Dated: March 26, 2020

GLYNN & FINLEY, LLP
JAMES M. HANLON, JR.
BRANDON P. RAINEY
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____/s/ Brandon P. Rainey_____
Attorneys for Defendants
Home Depot USA, Inc. and
Haier US Appliance Solutions, Inc. dba
GE Appliances

Dated: March 26, 2020

BOHM LAW GROUP, INC.
LAWRENCE A. BOHM
VICTORIA L. GUTIERREZ
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834

By _____/s/ Victoria L. Gutierrez_____
Attorneys for Plaintiffs
Joanna Fraire and Rolando Munoz

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause having been established to continue the discovery deadlines in the Court's |
| 3 | initial pretrial scheduling order (Dkt. 5), the Court hereby GRANTS the parties' stipulation. Fact |
| 4 | discovery will close on December 18, 2020, expert disclosures will be made by February 22, |
| 5 | 2021, and rebuttal experts will be designated by March 30, 2021. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: March 26, 2020 |

Troy L. Nunley
United States District Judge