GLYNN & FINLEY, LLP
JAMES M. HANLON, JR., Bar No. 214096
BRANDON P. RAINEY, Bar No. 272341
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendants
Haier US Appliance Solutions, Inc.,
d/b/a GE Appliances, and
Home Depot USA, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROLANDO MUNOZ and JOANNA FRAIRE,

        Plaintiffs,

vs.

HOME DEPOT USA, INC.; HAIER US APPLIANCE SOLUTIONS, INC. dba GE APPLIANCES, and DOES 1 to 50, inclusive,

        Defendants.

**Case No.** 2:20-cv-00210-TLN-DB

**STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER**

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that, pursuant to Local Rule 143, Plaintiffs Rolando Munoz and Joanna Fraire and Defendants Haier US Appliance Solutions, Inc., d/b/a GE Appliances and Home Depot USA, Inc. have stipulated to continue the fact discovery, expert disclosure and rebuttal expert designation deadlines in this matter. (Dkt. 9.) Good cause exists for the extension of those deadlines as a result of the coronavirus public health crisis, which has limited and will continue to limit the parties' abilities to conduct discovery. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). More particularly, the pandemic has prevented the parties and their experts from conducting an examination of the range that allegedly "exploded" and injured Plaintiffs, which examination must be conducted

prior to other discovery. The artifact examination has been scheduled for October 16, 2020, and the parties anticipate that the stipulated extensions will allow them to conduct and complete discovery in an orderly and efficient manner (subject, of course, to further pandemic-related disruptions).

Therefore, the parties respectfully request that the Court modify the existing deadlines such that fact discovery will close on May 26, 2021, expert disclosures will be made by July 16, 2021, and rebuttal experts will be designated by August 25, 2021.

Dated: October 2, 2020

GLYNN & FINLEY, LLP
JAMES M. HANLON, JR.
BRANDON P. RAINEY
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By: /s/ Brandon P. Rainey
Attorneys for Defendants
Home Depot USA, Inc. and
Haier US Appliance Solutions, Inc., d/b/a GE Appliances

Dated: October 2, 2020

BOHM LAW GROUP, INC.
LAWRENCE A. BOHM
VICTORIA L. GUTIERREZ
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834

By: /s/ Victoria L. Gutierrez
Attorneys for Plaintiffs
Rolando Munoz and Joanna Fraire

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

Good cause having been established to continue the discovery deadlines in this matter (Dkt. 9), the Court hereby GRANTS the parties' stipulation. Fact discovery will close on May 26, 2021; expert disclosures will be made by July 16, 2021; and rebuttal experts will be designated by August 25, 2021.

**IT IS SO ORDERED.**

DATED: October 5, 2020

Troy L. Nunley
United States District Judge